IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OSSAMA M. EL-BARBARAWI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 19-cv-2520 |
| HOME DEPOT U.S.A., INC., a Corporation, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION FOR LEAVE TO SEAL DOCUMENT

Plaintiff Ossama El-Barbarawi, through his attorney Michael L. Teich of Hetherington, Karpel, Bobber, Teich & Pippin, LLC, and defendant Home Depot U.S.A., Inc., through its attorney Heather Erickson of Sanchez, Daniels & Hoffman, LLP, bring this Motion to Seal Document seeking an order sealing a motion recently filed by non-party intervenor. The document which the parties wish to place under seal is the Motion to Adjudicate Attorney's Lien/Fees filed by Anesi, Ozmon, Rodin, Novak & Kohen on January 26, 2021 [DE# 74]. In support the parties state as follows:

1. Plaintiff and defendant have entered into a settlement agreement pursuant to which the amount of the settlement is to remain confidential.

2. The law firm Anesi, Ozmon, Rodin, Novak & Kohen, Ltd. (hereafter "Anesi Ozmon"), which formerly represented the plaintiff, has intervened in this matter for the purpose of adjudicating its attorney's lien and obtaining a portion of the contingency fee created when the case was settled.

3. Because Anesi Ozmon did not represent the plaintiff at the time of settlement, Anesi Ozmon was not a party to the settlement agreement.

4. On January 26, 2021 Anesi Ozmon filed its Motion to Adjudicate Attorney's Lien/Fees [DE# 74], paragraph 12 of which sets forth the amount of the settlement.

5. The parties' mutual desire to maintain confidentiality of the settlement amount may be achieved by ordering the document be sealed and shielded from public view. Sealing the document would cause no hardship to the intervenor.

6. The parties have consulted counsel for the intervenor regarding this Motion and the intervenor has stated it agrees with and has no objection to the Motion.

WHEREFORE, plaintiff respectfully requests this Court enter an order sealing the Motion to Adjudicate Attorney's Lien/Fees [DE# 74]..


Ossama M. El-Barbarawi,


By: /s/ Michael L. Teich
    Michael L. Teich

Michael L. Teich (#6216938)
Hetherington, Karpel, Bobber, Teich & Pippin, LLC
120 North LaSalle Street
Suite 2810
Chicago, IL 60602
(312) 878-6680
mteich@hkblegal.com

2

Home Depot U.S.A., Inc.,


By: /s/Heather D. Erickson
      Heather D. Erickson

Heather D. Erickson (#6269711)
Sanchez, Daniels & Hoffman, LLP
333 West Wacker Drive, #500
Chicago, IL 60606
(312) 641-1555
herickson@sanchezdh.com

3