IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OSSAMA M. EL-BARBARAWI, | ) |
| Plaintiff, | ) |
| vs. | ) No. 19-cv-2520 |
| HOME DEPOT U.S.A., INC., a Corporation, | ) |
| Defendant. | ) |

**OBJECTION TO INTERVENOR'S MOTION
FOR LEAVE TO FILE AMENDED MOTION TO ADJUDICATE**

Intervenor Anesi, Ozmon, Rodin, Novak & Kohen, Ltd. (hereafter "Anesi") brought before this Court a Motion to Adjudicate Attorney's Lien/Fees [DE #74]. The matter was assigned to Magistrate Judge M. David Weisman. [DE #78]. On April 27, 2021 Judge Weisman issued his Report and Recommendation in which he recommended Anesi's Motion be denied because Anesi failed to offer evidence to support its request for attorney's fees.

Anesi now brings what it calls a Motion for Leave to File Amended Motion to Adjudicate. [DE# 93]. The Motion asks for leave to file an amended Motion, this time supporting the Motion with evidence. Anesi did not attach a copy of its proposed Amended Motion and did not itemize or otherwise describe the evidence it would like to add. Anesi does not claim that the evidence is newly discovered or that it was unavailable during the time the Court considered and denied its Motion to Adjudicate.

Anesi cites no statute, rule or decision authorizing or allowing a party who has lost a motion to have a second bite at the apple by filing an "amended motion" addressing the same dispute. This request is really a request for reconsideration and is properly evaluated using the standards applicable to motions for reconsideration.

Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence. *Caisse Nationale De Credit Agricole v. CBI Industries*, 90 F.3d 1264, 1269-70 (7th Cir. 1996)(*citing Keene Corp. v. Int'l Fidelity Ins. Co.,* 561 F. Supp. 656, 665 (N.D. Ill. 1982), aff'd, 736 F.2d 388 (7th Cir. 1984) and *Rothwell Cotton Co. v. Rosenthal & Co.,* 827 F.2d 246, 251 (7th Cir. 1987)). A motion to reconsider cannot be employed as a vehicle to introduce new evidence that could have been adduced during the pendency of the original motion. "To support a motion for reconsideration based on newly discovered evidence, the moving party must 'show not only that this evidence was newly discovered or unknown to it until after the hearing, but also that it could not with reasonable diligence have discovered and produced such evidence [during the pendency of the motion].'" *Id.* (*citing Engelhard Indus., Inc.* v. *Research Instrumental Corp.,* 324 F.2d 347, 352 (9th Cir. 1963), cert. denied, 377 U.S. 923, 12 L. Ed. 2d 215, 84 S. Ct. 1220 (1964)). "Reconsideration is not an appropriate forum for rehashing previously rejected arguments or arguing matters that could have been heard during the pendency of the previous motion." *Id.* (*citing In Re Oil Spill*, 794 F. Supp. 261, 267 (N.D. Ill.1992), aff'd, 4 F.3d 997 (7th Cir. 1993)). The Seventh Circuit has stated

unequivocally that a party's failure to submit evidence with the motion, "whether a matter of strategy or inadvertence," forecloses a motion for reconsideration. *Id.*

Anesi chose to present its motion for attorney's fees without the evidence required to support the motion. Now that the Court has ruled against it Anesi would like another chance to argue the same motion, this time with evidence. However Anesi does not claim that the evidence it seeks to offer is newly discovered or that it was unavailable during the Court's consideration of the motion. Anesi simply wants to use a motion for reconsideration to present evidence it could have presented the first time but, either as a matter of strategy or inadvertence, it did not present. This is not a proper basis for reconsideration. Anesi's motion should therefore be denied.

## CONCLUSION

Hetherington, Karpel, Bobber, Teich & Pippin, LLC respectfully requests this Court enter an order denying Intervenor's Motion For Leave to File Amended Motion to Adjudicate.


By: /s/ Michael L. Teich
     Michael L. Teich

Michael L. Teich (#6216938)
Hetherington, Karpel, Bobber, Teich & Pippin, LLC
120 North LaSalle Street
Suite 2810
Chicago, IL 60602
(312) 878-6680
mteich@hkblegal.com