IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OSSAMA M. EL-BARBARAWI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 19-cv-2520 |
| ) | |
| HOME DEPOT U.S.A., INC., ) | |
| a Corporation, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO VOLUNTARILY DISMISS PURSUANT TO SETTLEMENT

Plaintiff Ossama El-Barbarawi, through his attorney Michael L. Teich of Hetherington, Karpel, Bobber, Teich & Pippin, LLC, moves for an order dismissing this action in its entirety, with prejudice, pursuant to settlement. This Motion is brought pursuant to Federal Rule of Civil Procedure 41(a)(2) and this Court's June 23, 2021 Order [DE #103].

Ossama M. El-Barbarawi,


By: /s/ Michael L. Teich
      Michael L. Teich

Michael L. Teich (#6216938)
Hetherington, Karpel, Bobber, Teich & Pippin, LLC
120 North LaSalle Street
Suite 2810
Chicago, IL 60602
(312) 878-6680
mteich@hkblegal.com